IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NUMBER 07-40018-JPG |
| | ) |
| KENDEL W. McKINNEY, | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR EXTENSION OF TIME TO FILE REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO REDUCE SENTENCE PURSUANT TO THE FIRST STEP ACT**

COMES Defendant, Kendel W. McKinney ("McKinney"), appearing *pro se,* and files his Motion for Extension of Time to Reply to Government's Response to Defendant's Motion To Reduce Sentence Pursuant to the First Step Act, and would show as follows:

**I. PRELIMINARY STATEMENT**

As a preliminary matter, McKinney respectfully requests that this Court be mindful that *pro se* litigants are entitled to liberal construction of their pleadings. See *United States v. Norwood*, 602 F.3d 830 (7th Cir. 2010) ("*Pro se* pleadings are held to a less stringent standard than pleadings drafted by attorneys and will, therefore, be liberally construed."); *Estelle v. Gamble*, 429 U.S. 97, 103 (1976); *Haines v Kerner*, 404 U.S. 519, 520 (1972) (same).

**II. REASON FOR EXTENSION**

McKinney has been recently transferred to FCI Ashland. He is aware that the government on September 2, 2021, filed a Sealed Response as to his Motion for Compassionate Release and the First Step Act of 2018 ("GR") [Doc. 90]. However, because he was in transit to his new facility and because the GR is sealed, he has not received a copy of it and its Exhibits. He is also waiting to

receive his property and legal materials from R & D at the prison. As such, he seeks a sixty (60) extension, up to and including December 14, 2021, to file his reply to the GR. He also respectfully requests that the Court Order the government to mail him a copy of the GR and its Exhibits to him by legal mail so that he will be sure to receive it.

WHEREFORE, premises considered, McKinney prays that the Court grant him an extension of sixty (60) days in which to file his Reply to the GR and that the Court Order the government to mail him a copy by legal mail to him at his new federal facility.

Respectfully submitted,

Dated: October 14, 2021.

*/s/ Kendel McKinney*
KENDEL W. MCKINNEY
REG. NO. 07321-025
FCI ASHLAND
FEDERAL CORR. INSTITUTION
P.O. BOX 6001
ASHLAND, KY  41105

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2021, a true and correct copy of the above and foregoing Motion for Extension of Time to Reply to Government's Response to Defendant's Motion To Reduce Sentence Pursuant to the First Step Act was sent via U. S. Mail, postage prepaid, George A. Norwood, Assistant U.S. Attorney at U.S. Attorney's Office - Benton, 402 West Main Street, Suite 2A, Benton, IL 62812.

*/s/ Kendel McKinney*
KENDEL W. MCKINNEY

2

KENDEL W. MCKINNEY
REG. NO. 07321-025
FCI ASHLAND
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 6001
ASHLAND, KY 41105

October 14, 2021

Mr. Margaret M. Robertie
Clerk of Court
Southern District of Indiana
Benton Division
301 West Main Street
Benton, IL 62812

      RE:   *McKinney v. United States*
             Crim No. 4:07-cr-40018-JPG-1

Dear Ms. Robertie:

    Enclosed please find and accept for filing Defendant's Motion for Extension of Time to File Reply to Government's Response to Defendant's Motion To Reduce Sentence Pursuant to the First Step Act. Please submit this motion to the Court.

    Thank you for your assistance in this matter.

                                      Sincerely,

                                      */s/ Kendel McKinney*
                                      KENDEL W. MCKINNEY
                                      Appearing *Pro Se*

*Encl. as noted*

**PRIORITY MAIL**
**FLAT RATE ENVELOPE**
**POSTAGE REQUIRED**

PRESS FIRMLY TO SEAL

UNITED STATES POSTAL SERVICE — Retail

**P** US POSTAGE PAID
$8.70
Origin: 77070
10/14/21
4800420059-05

PRIORITY MAIL 3-DAY®

0 Lb 1.70 Oz
1006

EXPECTED DELIVERY DAY: 10/18/21

C006

SHIP TO:
301 W MAIN ST
Benton IL 62812-1362

USPS TRACKING® #

9505 5104 4804 1287 6203 17

FROM:

KENDEL W. MCKINNEY
REG. NO. 07321-025
FCI ASHLAND
FEDERAL CORR. INSTITUTION
P.O. BOX 6001
ASHLAND, KY  41105

TO:

Mr. Margaret M. Robertie
Clerk of Court
Southern District of Indiana
Benton Division
301 West Main Street
Benton, IL 62812

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

TRACKED ■ INSURED

To schedule free Package Pickup, scan the QR code.

PS00001000014
EP14F May 2020

**MAIL CLEARED US MARSHALS**

UNITED STATES POSTAL SERVICE®

PRIORITY MAIL

FLAT RATE ENVELOPE

ANY WEIGHT

RECEIVED
OCT 21 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

TRACKED · INSURED

free Package Pickup,
the QR code.



.COM/PICKUP



EP14F May 2020
001000014