IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KENDEL W. MCKINNEY,

        Petitioner,

v.

UNITED STATES OF AMERICA,

        Respondent.

Crim No. 4:07-cr-40018-JPG

## NOTICE OF APPEAL

COMES Petitioner, KENDEL W. MCKINNEY, appearing *pro se*, and timely gives his notice of appeal of the February 16, 2022, Memorandum and Order entered by J. Phil Gilbert [Doc. 95] denying Mckinney's Motion for Reconsideration of his Motion for Compassionate Release/Reduction in Sentence.

        Respectfully submitted,

        */s/ Kendel McKinney*
        KENDEL W. MCKINNEY
        REG. NO. 07321-025
        FCI ASHLAND
        FEDERAL CORR. INSTITUTION
        P.O. BOX 6001
        ASHLAND, KY 41105
        Appearing *Pro Se*

KENDEL W. MCKINNEY
REG. NO. 07321-025
FCI ASHLAND
FEDERAL CORR. INSTITUTION
P.O. BOX 6001
ASHLAND, KY 41105

March  2 , 2022

Mr. Margaret M. Robertie
Clerk of Court
Southern District of Indiana
Denton Division
301 West Main Street
Benton, IL 62812

    RE: *McKinney v. United States*
         Crim No. 4:07-cr-40018-JPG

Dear Mr. Robertie:

Enclosed please find and accept for timely filing Petitioner's Notice of Appeal of the Endorsed Order denying his Motion for Compassionate Release, and an Application To Proceed in District Court Without Prepaying Fees or Cost will be forthcoming.

Thank you for your assistance in this matter.

                         Sincerely,

                         */s/ Kendel McKinney*
                         KENDEL W. MCKINNEY
                         Appearing *Pro Se*

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL

MAIL CLEARED
US MARSHAL S

FROM:

KENDEL W. MCKINNEY
REG. NO. 07321-025
FCI ASHLAND
FEDERAL CORRECTIONAL INSTITUTE
P.O. BOX 6001
ASHLAND, KY 41105

TO:
Mr. Margaret M. Robertie
Clerk of Court
Southern District of Indiana
Denton Division
301 West Main Street
Benton, IL 62812

RECEIVED
MAR 21 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

PRESS FIRMLY TO SEAL

Retail

US POSTAGE PAID
$8.95
Origin: 77070
03/02/22
4800420059-10

PRIORITY MAIL 3-DAY®

0 Lb 1.90 Oz
1006

C006

EXPECTED DELIVERY DAY: 03/07/22

SHIP TO:
301 W MAIN ST
BENTON IL 62812-1362

USPS TRACKING® #

9505 5104 4801 2061 5430 92



Sd Bd

UNITED STATES POSTAL SERVICE

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

- Expected delivery date specified
- Most domestic shipments include
- USPS Tracking® included for d
- Limited international insurance
- When used internationally, a c

*Insurance does not cover certain items.
Domestic Mail Manual at *http://pe.usps.c*
** See International Mail Manual at *http://*

TRACKED ■ INSURED



To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

EP14F May 2020
OD: 12 1/2 x 9 1/2

PS00001000014